FILED

01/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0670

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0670

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MATTHEW DOUGLAS WEBB,

      Respondent and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 22, 2021, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 14 2021